```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                           ----oo0oo----


VICTOR BURACHEK and NATALIA          NO. CIV. 2:12-1771 WBS KJN
BURACHEK,

          Plaintiffs,                ORDER OF RECUSAL

     v.

CHASE HOME FINANCE, LLC,
NORTHWEST TRUSTEE SERVICES,
INC., SETERUS, INC., formerly
known as Lender Business
Process Services, Inc.,
FREEDOM HOME MORTGAGE
CORPORATION, MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, FEDERAL NATIONAL
MORTGAGE ASSOCIATION, and DOES
1 through 100 inclusive,

          Defendants.
_____/

BERNIE MALIXI and KATHERINE A.       NO. CIV. 2:12-1749 WBS CKD
MALIXI,

          Plaintiffs,

     v.

U.S. BANK, N.A., DOWNEY
SAVINGS AND LOAN ASSOCIATION,
F.A., DSL SERVICE COMPANY, a
```

1

1  California corporation, FCI
   LENDER SERVICES, and DOES 1-10
2  inclusive,
3              Defendants.
                                      /
4
5                         ----oo0oo----

6          It has come to the court's attention that one of the
7  defendants in Civ. No. 2:12-1771 is a wholly owned subsidiary of
8  a corporation in which the undersigned judge has a financial
9  interest within the meaning of 28 U.S.C. § 455(b)(4).  The
10 undersigned judge is accordingly required to recuse from all
11 proceedings in that case.
12         IT IS THEREFORE ORDERED that the Clerk of the Court
13 reassign Civ. No. 2:12-1771 to another judge for all further
14 proceedings, making appropriate adjustments in the assignments of
15 civil cases to compensate for such reassignment.
16         IT IS FURTHER ORDERED that (1) the court's August 31,
17 2012, Order granting defendants Chase Home Finance, LLC, Mortgage
18 Electronic Registration Systems, and Northwest Trustee Services,
19 Inc.'s motion to dismiss (Civ. No. 2:12-1771, Docket No. 21) is
20 hereby VACATED and SET ASIDE; (2) the court's joint September 24,
21 2012, Order imposing sanctions in Civ. No. 2:12:1771 (Docket No.
22 23), and in Civ. No. 2:12-1749 (Docket No. 11) is hereby VACATED
23 and SET ASIDE in its entirety; and (3) any dates previously set
24 in Civ. No. 2:12:1771 are hereby VACATED.
25 DATED:  September 26, 2012
26
27                              _____
                                WILLIAM B. SHUBB
28                              UNITED STATES DISTRICT JUDGE