IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR BURACHEK, et al., | |
| Plaintiffs, | No. CIV S-12-1771 KJM KJN |
| v. | |
| CHASE HOME FINANCE, et al., | ORDER |
| Defendants. | |

In light of plaintiffs' statements of non-opposition to the pending motions to dismiss (ECF Nos. 22, 24), the court hereby grants the pending motions (ECF Nos. 5, 9, 18) and dismisses the case without prejudice.

IT IS SO ORDERED.

DATED: October 15, 2012.

_____
UNITED STATES DISTRICT JUDGE

1